UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In Re: | Case No. 22 B 06532 |
| Doreen Watts | Chapter 13 |
| Debtor(s) | Cook County |

## AFFIDAVIT OF DOREEN WATTS

I, Doreen Watts, on oath and having been sworn, state and aver the following:

1. That my name is Doreen Watts.
2. That I was a Debtor in one prior case during the last twelve months.
3. That I filed a prior Chapter 13, Case 18 B 20709, on July 24, 2018.
4. That my previous case was dismissed on June 10, 2021 for Failure to Make Plan Payments.
5. That due to COVID-19 and a change of work policies, my hours at work were reduced drastically causing a loss of income.
6. That as a result of the loss of income, I fell behind on my Chapter 13 plan payments.
7. That despite my best efforts, I was unable to cure the default and the Chapter 13 Trustee dismissed my case on June 10, 2021 for Failure to Make Plan Payments.
8. That in this case, I am working and receiving a steady income and will be able to resume making Trustee payments along with my regular monthly expenses.
9. That I am in a position to proceed and have filed this case in good faith.

I hereby state, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Further Affiant Sayeth Not.

_Doreen Watts_    6/10/2022
Doreen Watts        Date

SUBSCRIBED AND SWORN BEFORE ME THIS 10TH DAY OF June, 2022

OFFICIAL SEAL
VINCENT I DE LEON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/25/23